Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Junhao Su,** | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case Number:  **12-2248** |
| | ) | |
| | ) | |
| **Eastern Illinois University** | ) | |

### JUDGMENT  IN A CIVIL CASE

  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that final judgment is entered in favor of the Defendant.

**Dated:**  December 9, 2013

                                                                        s/ Kenneth A. Wells
                                                                        Kenneth A. Wells
                                                                        Clerk, U.S. District Court