UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JUNHAO SU, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 12-2248-HAB-DGB |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| EASTERN ILLINOIS UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant stipulate to dismiss this action with prejudice.

Respectfully submitted,

/s/ Junhao Su
Junhao Su (*pro se, IFP*)
Plaintiff
E-mail: gsylllc@sina.cn
Ph: 6182376994
Add.: c/o Mike H.
P. O. Box 1261
Mt. Vernon, IL 62864

/s/ Brian M. Smith
Brian M. Smith
Heyl, Royster, Voelker & Allen
Attorney for Defendant
102 East Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217.344.0060 Phone
217.344.9295 Fax
bsmith@heylroyster.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 29th day of October, 2014, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian M. Smith, ARDC #6293822
Attorney for Defendant
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
Urbana, IL 61801
Phone: 217.344.0060
Fax: 217.344.9295
bsmith@heylroyster.com

                                                /s/ Junhao Su
                                                Junhao Su (*pro se, IFP*)
                                                Plaintiff
                                                E-mail: gsylllc@sina.cn
                                                Ph: 6182376994
                                                Add.: c/o Mike H.
                                                P. O. Box 1261
                                                Mt. Vernon, IL 62864